**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 12, 2024

BY ECF
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Surahata Konateh v. United States*, 24 Civ. 6387 (RA)

Dear Judge Abrams:

This Office represents the United States of America (the "Government") in the above-referenced matter. On August 29, the Court issued an Order and Notice of Initial Conference, requiring the parties to submit a joint letter by October 17, and scheduling an initial conference for October 24 at 4:00 p.m. ECF No. 9. I write to inform the Court that, pursuant to Federal Rule of Civil Procedure 12(a)(2), the Government's response to the complaint is due November 8. I respectfully submit that it would be more efficient to hold the initial conference after the Government has had an opportunity to respond to the complaint. I therefore request that the Court reschedule the initial pretrial conference until a date that is convenient for the Court after November 8, and that the parties' joint letter be similarly adjourned. In the alternative, I respectfully request that the Court reschedule the initial conference to another date, as I will be observing a Jewish holiday on October 24.

Plaintiff consents to this request, which is the parties' first request to adjourn the initial conference.

I thank the Court for its consideration of this request.

> Application granted. The initial pretrial conference previously scheduled for October 24, 2024 at 4:00 p.m. is hereby adjourned to November 15, 2024 at 1:00 p.m. By November 8, 2024, the parties shall submit a joint letter and proposed case management plan and scheduling order as set forth in the Court's August 29, 2024 order.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> September 13, 2024

2

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York
        *Attorney for the United States of America*

By:    */s/ Ilan Stein*
        ILAN STEIN
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel.: (212) 637-2525
        Fax: (212) 637-2730
        ilan.stein@usdoj.gov

cc: Plaintiff's counsel (by ECF)